09 February 2022

Gustaf Njei
165 Washington Street APT 203
Weymouth, MA 02188

FILED
IN CLERKS OFFICE

2022 FEB -9 PM 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Chief Judge F. Dennis Saylor, IV
United States District Court
District of Massachusetts

*Sub: Letter for Requesting New Attorney (Case #: 1:21-er-10196-FDS-1)*

Dear Sir,

I would like to bring to your kind notice that my Attorney, Leonard E. Milligan and his office is not working at a satisfactory level. Our communication has irrevocably broken down over the last 4 months. He constantly push/paint the idea of a take plea deal against my defense rather than build strong defense.
We had planned on meeting once a week so I can actively help in building my defense but as of date I'm sending this letter we have not had any of those meetings.

We have not been able to establish trust and a two-way communication. He has made statements that makes me feel uncomfortable trusting him in building a strong defense for my case.

My attorney and his office have failed to properly review discoveries to better plan my defense. I believe my attorney and his office have less interest for my case.

I would like to request an immediate change of attorney so I can work to build a strong defense for my case. I hope you will pay heed to my kind request.

Thank you,


Gustaf Njei