UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 21-cr-10196-FDS |
| | ) |
| GUSTAF NJEI, | ) |
| | ) |
| Defendant | ) |

## STIPULATIONS CONCERNING WIRE TRANSFERS

The United States and defendant Gustaf Njei stipulate and agree that:

1.      On or about July 14, 2017, Merrill Lynch transmitted $85,430.91 in interstate commerce through a wire transfer from the account of Emmanuel Simon and Maryam Simon at Merrill Lynch in New York to the account "Gustaf F Njei Sole Prop DBA Njei Trading," with account number ending in 0237 (the "0237 Account"), at Bank of America in Massachusetts, as set forth in Count I of the Indictment.

2.      On or about July 17, 2017, Bank of America transmitted $34,000 in interstate or foreign commerce through a wire transfer from the 0237 Account at Bank of America in Massachusetts to the account of Hermanos Management at Absa Bank Ltd. in Johannesburg, South Africa, as set forth in Count IV of the Indictment.

Respectfully submitted,

GUSTAF NJEI

PETER HORSTMANN
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466

RACHAEL S. ROLLINS
United States Attorney

WILLIAM B. BRADY
BENJAMIN A. SALTZMAN
Assistant U.S. Attorneys
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed of August 23, 2022, through the ECF system, which will provide electronic notice to counsel as identified on the notice of Electronic Filing.

_/s/ Benjamin A. Saltzman_____
Benjamin A. Saltzman
Assistant United States Attorney