UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>GUSTAF NJEI, )<br>)<br>Defendant. )<br>) | Criminal No.<br>21-10196-FDS |

## VERDICT FORM

**COUNT ONE:** Wire Fraud

**We, the jury:**

    1.    As to Count One, find defendant Gustaf Njei:

        _____ Not Guilty         \_\_✓\_\_ Guilty

**COUNT TWO:** Wire Fraud

**We, the jury:**

    2.    As to Count Two, find defendant Gustaf Njei:

        _____ Not Guilty         \_\_✓\_\_ Guilty

**COUNT THREE:** Structuring to Avoid Reporting Requirements

**We, the jury:**

    3.    As to Count Three, find defendant Gustaf Njei:

        _____ Not Guilty         \_\_✓\_\_ Guilty

**COUNT FOUR:**  Unlawful Monetary Transaction

**We, the jury:**

    4.    As to Count Four, find defendant Gustaf Njei:

        _____ Not Guilty        __✓__ Guilty

**COUNT FIVE:**  Money Laundering Conspiracy

**We, the jury:**

    5.    As to Count Five, find defendant Gustaf Njei:

        _____ Not Guilty        __✓__ Guilty

Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.

FOREPERSON: *Diane Pimentel*    DATE: 12/9/2022